IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00326-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.    RANDY FRIAS,
24.   TODD ANTHONY SHELTON,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant Randy Frias' Motion to Appear at 8/3/10 Status Conference Telephonically, or, alternatively, for the Appearance of Substitute Counsel [Docket No. 358]. The motion indicates that counsel for co-defendant Todd Anthony Shelton has agreed to stand in for Mr. Frias' counsel at the August 3, 2010 status conference. Although Mr. Frias has indicated he has "no objection" to counsel for co-defendant Shelton appearing on his behalf at the August 3, 2010 status conference, he does not explicitly waive any conflict of interest that may exist between him and co-defendant Shelton. Until the Court knows whether defendants have waived any such conflict, it cannot rule on defendant Frias' motion. There is also no indication in the motion that Mr. Shelton waives any such conflict. Therefore, it is

    **ORDERED** that, on or before July 26, 2010, defendants Randy Frias and Todd Anthony Shelton shall file waivers of any conflict of interest to having counsel for Mr. Shelton represent both of them at the August 3, 2010 status conference.

    DATED July 22, 2010.